### HARPER v. STATE.
#### No. 21658.

Court of Criminal Appeals of Texas.

June 25, 1941.

No attorney for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for felony embezzlement, punishment assessed being four years in the penitentiary.

The record is before us without statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.